Eric L. Marshall, Esq.
Nevada Bar No. 8847
Robert W. Curtis, Esq.
Nevada Bar No. 9317
MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
Telephone: (702) 489-5700
Facsimile: (702) 446-0092
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE BUNGANICH, individually,<br><br>                              Plaintiff,<br><br>vs.<br><br>TARGET CORPORATIONS dba TARGET, a Foreign Corporation; E. E. Newcomer Enterprises, Inc. dba D.H. Pace Company, Inc. a Foreign Corporation, DOES I-X, inclusive and ROE CORPORATIONS I-X, inclusive.<br><br>                              Defendants. | Case Number:    2:25-cv-01914-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(First Request)** |

Plaintiff Julie Bunganich and Defendants Target Corporations dba Target and E.E. Newcomer Enterprises, Inc., dba D.H. Pace Company, Inc., by and through their respective counsel of record, do hereby stipulate and agree to an extension of the discovery deadline, deadline for expert witness disclosures, dispositive motion deadline and pre-trial order deadline in this matter for a period of ninety (90) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties state that this is the first such discovery extension requested in this matter.

…

…

…

…

MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120, Henderson, NV 89074
Phone: (702) 489-5700 | Fax: (702) 446-0092

**DISCOVERY COMPLETED TO DATE – LR 26-3(a)**

1. The parties held a telephonic conference pursuant to Fed. R. Civ. P. 26(f) on November 13, 2025.

1. On November 18, 2025, Defendant Target Corporation served their initial disclosures of witnesses and documents pursuant to Fed. R. Civ. P. 26(a)(1).

2. On December 4, 2025, Defendant Target Corporation served written discovery on Plaintiff. Plaintiff timely served responses.

3. On December 9, 2025, Plaintiff served her initial disclosures of witnesses and documents pursuant to Fed. R. Civ. P. 26(a)(1).

4. On December 17, 2025, Defendant Target served its first supplement to its initial list of witnesses and documents pursuant to Fed. R. Civ. P. 26(e).

5. On January 6, 2026, Plaintiff served written discovery on Defendant Target Corporation. Defendant Target has an extension to respond to written discovery to February 12, 2026.

6. On January 8, 2026, Plaintiff served written discovery on Defendant E. E. Newcomer. Defendant E. E. Newcomer has an extension to respond to written discovery to February 23, 2026.

**DISCOVERY REMAINING – LR 26-3(b)**

1. Deposition of Plaintiff

2. Deposition of Defendant 30(b)(6) designee

3. Disclosure of expert witnesses

4. Deposition of expert witnesses

5. Depositions of Plaintiff's treating physicians

6. Depositions of store employees

7. Depositions of additional fact witnesses

8. Completed written discovery

9. IME of Plaintiff

…

…

MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120, Henderson, NV 89074
Phone: (702) 489-5700 | Fax: (702) 446-0092

MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120, Henderson, NV 89074
Phone: (702) 489-5700 | Fax: (702) 446-0092

## DISCOVERY REMAINING – LR 26-3(b)

The parties submit that good cause exists for an extension of the discovery deadlines in this matter. On November 20, 2025, Defendant Target filed a Protective Order to facilitate the production of documents, including a video of the incident at issue in this case. The video was subsequently produced as part of Target's first supplemental disclosures on December 17, 2025. Plaintiff has propounded discovery requests to Defendants Target and E. E. Newcomer, which remain outstanding. Additional time is required to complete discovery, including the review of the video evidence and responses to the outstanding discovery requests. The parties are working well together and in good faith. No party has any intent nor reason to delay the resolution of this matter. The parties anticipate a 90-day extension of the applicable deadlines in this case will be adequate to complete the remaining discovery.

## NEW DISCOVERY DEADLINES – LR 26-3(d)

|  | Current Deadline | New Deadline |
|---|---|---|
| Amending Pleadings/Adding Parties | February 11, 2026 | **May 12, 2026** |
| Initial Expert Disclosures | March 13, 2026 | **June 11, 2026** |
| Rebuttal Expert Disclosures | April 13, 2026 | **July 13, 2026** |
| Discovery Deadline | May 12, 2026 | **August 10, 2026** |
| Dispositive Motion Deadline | June 11, 2026 | **September 9, 2026** |
| Pre-Trial Order Deadline | July 13, 2026 | **Monday, October 12, 2026** |

The parties represent that this request for an extension of discovery deadlines is made by the parties in good faith and not for an improper purpose.

…

…

…

…

…

…

Page 3 of 4

**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

DATED: February 2nd, 2026                    DATED: February 5th 2026

MARSHALL INJURY LAW                         LEWIS BRISBOIS BISGAARD & SMITH

/s/ Eric L. Marshall, Esq.                  /s/ Josh Cole Aicklen, Esq.

Eric L. Marshall, Esq.                      Josh Cole Aicklen, Esq.
3333 E. Serene Avenue, Suite 120            Alex Bornote, Esq.
Henderson, Nevada 89074                     6385 S. Rainbow Boulevard, Suite 600
*Attorney for Plaintiff*                    Las Vegas, Nevada 89118
                                            *Attorneys for Defendant E. E. Newcomer*
                                            *Enterprises Inc., dba D.H. Pace Company, Inc.*

DATED: February 5th  2026

LINCOLN, GUSTAFSON & CERCOS, LLP

/s/ Julie A. White, Esq.

Loren S. Young, Esq.
Julie A. White, Esq.
7670 W. Lake Mead Boulevard, Suite 200 Las Vegas, Nevada 89128
*Attorney for Defendant Target Corporation*

**IT IS SO ORDERED**



Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**Dated: 2-11-26**

Page 4 of 4

<div style="writing-mode: vertical">MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120, Henderson, NV 89074
Phone: (702) 489-5700 | Fax: (702) 446-0092</div>