**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Julie Bunganich,

               Plaintiff(s),

vs.

Target Corporation, et al.,

               Defendant(s).

2:25-cv-01914-GMN-MDC

**ORDER GRANTING MOTION TO AMEND COMPLAINT (ECF NO. 20)**

       Defendant Target Corporation ("Target") filed a *Motion for Leave to Amend its Answer to File a Crossclaim* ("Motion"). *ECF No. 20*. The Motion is unopposed. The Court **GRANTS** the Motion.

## I.     BACKGROUND

       This is a personal injury case. The deadline to amend pleadings in this case is May 12, 2026. *ECF No. 21 at 3*. Target argues that its counsel and D.H. Pace Company, Inc. ("Pace") have discussed the tender of defense and indemnification, so Target now wants to add a crossclaim. *Id. at 4*.

## II.    DISCUSSION

### A.  Legal Standard

       "[A] party may amend its pleading only with the opposing party's written consent or the court's leave." FRCP 15(a)(2). "Five factors are taken into account to assess the propriety of a motion for leave to amend: bad faith, undue delay, prejudice to the opposing party, futility of amendment, and whether the plaintiff has previously amended the complaint." *Johnson v. Buckley*, 356 F.3d 1067, 1077 (9th Cir. 2004). Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

### B.  Analysis

       On balance, Target meets the standard for leave to amend. While Target did not attach a copy of

the proposed amended answer to their motion, Target states in the Motion that it seeks to add a cross claim regarding indemnification against Pace. *ECF No. 20*. Courts prefer to decide motions on the merits rather than on technicalities. Pace is already a defendant in this case, is aware of the Motion, and did not file an opposition. Pace has consented to the Motion. There is also no bad faith. Target diligently and timely sought leave to amend prior to the amendment deadline. The other parties will not be prejudiced by the amendment because the allegations are closely related to the claims in the operative complaint. Defendant has shown good cause to amend its answer to add a cross claim.

**IT IS ORDERED that:**

1. Target's *Motion for Leave to Amend its Answer to File a Crossclaim* (ECF No. 20) is **GRANTED.**

2. Target MUST file the amended answer with the crossclaim on the docket **within one week of this order.**

DATED: April 7, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge